# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUÍS HERNÁNDEZ GARCIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KIA AMERICA, INC., ET AL., <br><br> Defendants. | Case No.: 2:22-cv-01186-DJC-CKD <br><br><br> **JUDGMENT IN A CIVIL CASE** |

This action came before the Court.  The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in accordance with the Notice of Acceptance of Offer under Federal Rule of Civil Procedure 68, ECF No. 17, filed on 6/8/2023.

ENTERED: June 9, 2023        Keith Holland, Clerk of Court

/s/ G. Michel

by G. Michel, Deputy Clerk

1